# Notice of Motion

# Certificate of Service

# Motion