```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 13311
   DANIEL J FORD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-8616


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 07/25/2007 and was not confirmed.

     The case was dismissed without confirmation 10/25/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  UNSECURED      43213.67          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       67230.73          .00           .00
ERNEST E WILEY JR         DEBTOR ATTY         .00                        .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                    3,244.00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  3,244.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                 3,244.00
                         --------------     --------------
TOTALS                    3,244.00             3,244.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 01/28/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE